**Debra ROSEBERRY, Appellant,**

v.

**DIVISION OF EMPLOYMENT SECURITY, Respondent.**

**No. WD 66405.**

Missouri Court of Appeals, Western District.

Aug. 1, 2006.

Debra Roseberry, pro se.

Marilyn Gail Green, Jefferson City, MO, respondent.

Before JAMES M. SMART, JR., P.J., EDWIN H. SMITH, and LISA WHITE HARDWICK, JJ.

### *Order*

PER CURIAM.

Debra Roseberry appeals the Labor and Industrial Relations Commission's decision disqualifying her from unemployment benefits based on its finding that she was discharged for misconduct connected with work.

Having carefully considered the contentions on appeal, we find no grounds for reversing the decision. Publication of a formal opinion would not serve jurispru-dential purposes or add to understanding of existing law. The judgment is affirmed. Rule 84.16(b).